239 F.2d 385
 57-1 USTC P 9286
 Clifford W. MICHEL et al., Trustees u/d of Jules S. Bache
for Hazel B. Beckman, and Gilbert Miller et al.,
Trustees u/d of Jules S. Bache for
Kathryn B. Miller,
Petitioners-Appellants,
v.
COMMISSIONER OF INTERNAL REVENUE, Respondent.
 Nos. 84, 85, Dockets 23958, 23959.
 United States Court of Appeals Second Circuit.
 Argued Dec. 7, 1956.
Decided Dec. 27, 1956.
 
 Wilbur H. Friedman (of Proskauer, Rose, Goetz & Mendelsohn), New York City (Martin D. Jacobs, Allan F. Ayers, Jr., and Peter J. Repetti (of Hodges, Reavis, McGrath, Pantaleoni & Downey), New York City, on the brief, for Hazel B. Beckman Trust; Charles Looker and Gerald Silbert (of Proskauer, Rose, Goetz & Mendelsohn), New York City, on the brief, for Kathryn B. Miller Trust), for petitioners-appellants.
 Melva M. Graney, Atty., Dept. of Justice, Washington, D.C. (Charles K. Rice, Asst. Atty. Gen., and Lee A. Jackson and Hilbert P. Zarky, Attys., Dept. of Justice, Washington, D.C., on the brief), for respondent.
 Before CLARK, Chief Judge, and FRANK and LUMBARD, Circuit Judges.
 PER CURIAM.
 
 
 1
 Affirmed on the decision of Judge Rice, 24 T.C. 960, relying on Beck v. C.I.R., 15 T.C. 642, affirmed 2 Cir., 194 F.2d 537, certiorari denied 344 U.S. 821, 73 S.Ct. 18, 97 L.Ed. 639, and appropriately distinguishing Moffett v. C.I.R., 2 Cir., 191 F.2d 149.